ACCEPTED
03-13-00762-CV
6158737
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/21/2015 2:18:35 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-13-00762-CV

_____

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/21/2015 2:18:35 PM

JEFFREY D. KYLE
Clerk

_____

FAKHREALAM ATIQ,

Appellant,

v.

COTECHNO GROUP, INC.

Appellee.

_____

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S MOTION FOR REHEARING OR MOTION FOR EN
## BANC RECONSIDERATON

_____

On Appeal from the 207th Judicial District Court of Hays County, Texas

_____


Tracy J. Willi
Texas State Bar No. 00784633
Willi Law Firm, P.C.
9600 Escarpment Blvd., Ste. 745, PMB 34
Austin, Texas 78749
Tel. (512) 288-3200
Fax (512) 288-3202
twilli@willi.com

ATTORNEY FOR APPELLEE,
COTECHNO GROUP, INC.

## MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S MOTION FOR REHEARING OR MOTION FOR EN BANC RECONSIDERATION

CoTechno Group, Inc., Appellee, files this Motion for Extension of Time to File Appellee's Motion for Rehearing or Motion for En Banc Reconsideration and would show this Court as follows.

The trial court in this case entered an order denying Appellant's special appearance on October 23, 2013. On July 9, 2015, this Court issued an opinion reversing the trial court's decision. The Appellee's Motion for Rehearing or Motion for En Banc Reconsideration is due to be filed on July 24, 2015. Due to conflicts with matters currently pending on the docket for counsel for Appellee in the Houston First Court of Appeals and in the Dallas Court of Appeals, counsel for Appellee will not have time to thoroughly consider or prepare a motion for rehearing in this time period. Pursuant to Rule 49.8 of the Texas Rules of Appellate Procedure, Appellee files this motion requesting an extension of thirty days to file its Motion for Rehearing or Motion for En Banc Reconsideration.

Therefore, Appellee requests the deadline for Appellee's Motion for Rehearing or Motion for En Banc Reconsideration to be extended for thirty days from July 24, 2015, to **August 24, 2015.** This motion is filed not for delay but so that justice can be done.

Respectfully submitted,

/s/ Tracy J. Willi
Tracy J. Willi
Texas State Bar No. 00784633
Willi Law Firm, P.C.
9600 Escarpment Blvd., Ste. 745, PMB 34
Austin, Texas 78749
(512) 288-3200
(512) 288-3202 (fax)
twilli@willi.com

ATTORNEY FOR APPELLEE,
COTECHNO GROUP, INC.

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with opposing counsel and he is opposed to this motion.

/s/ Tracy J. Willi
Tracy J. Willi

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that this document was filed with Clerk of Court through the Court's electronic filing system ("efs") and served on all counsel of record by the same manner on July 21, 2015 or by facsimile if counsel is not registered for service through the efs, as follows:

James G. Ruiz
Andrew Schumacher
Winstead PC
401 Congress Avenue, Suite 2100
Austin, TX 78701
(512) 370-2818
(512) 370-2850 (fax)

ATTORNEYS FOR APPELLANT,
FAKHREALAM ATIQ

Robert Tyler
Tyler & Casteel
1812 Centre Creek Dr., Suite 110
Austin, TX 78754
(512) 201-1500
(512) 201-1505 (fax)

ATTORNEY FOR APPELLEE,
COTECHNO GROUP, INC.

/s/ Tracy J. Willi
Tracy J. Willi